HARRY T. GAUSE, on Behalf of Himself and Certain Other Creditors of the Commonwealth Trust Company, Appellant, *v.* GEORGE C. BOLDT. et al., Defendants, and THOMAS J. HALLOWELL et al., Respondents.

*Gause* v. *Boldt*, 115 App. Div. 897, affirmed.

(Argued February 26, 1907; decided March 5, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 5, 1906, which affirmed a judgment of Special Term sustaining demurrers to the complaint in an action to establish a claim against the Commonwealth Trust Company and to enforce the statutory liability of its stockholders therefor.

*Howard Taylor* for appellant.

*D. Cady Herrick, Francis S. Hutchins* and *Frederick W. Garvin* for Commonwealth Trust Company et al., respondents.

*Yorke Allen* for Arthur H. Hagemeyer, respondent.

*William M. Bennett* for Thomas J. Hallowell et al., respondents.

*Per Curiam.* The trust company not having been dissolved and being subject to suit it was necessary for the plaintiff to obtain a judgment upon his claim against it before bringing an action against its stockholders to enforce any liability on account of such claim. (Banking Law, § 162.) We do not deem it necessary or expedient at this time to express any opinion upon the effect of the other requirements of said statute which have been more or less discussed by counsel.

The judgment should be affirmed, with costs.

CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ., concur.

Judgment affirmed.